

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:         01-15-01025-CV

Style:         In the Matter of J.G., Respondent

Date motion filed*:         March 1, 2016

Type of motion:         State's First Motion to Extend Time to File Brief

Party filing motion:         Appellee

Document to be filed:         Appellee's Brief

Is appeal accelerated?         Yes (juvenile certification).

If motion to extend time:

        Original due date:         March 1, 2016

        Number of extensions granted:     0     Current Due Date:  March 1, 2016

        Date Requested:         30 days (March 31, 2016)

Ordered that motion is:
        ☑ Granted
                If document is to be filed, document due:  March 31, 2016.
            ☑    **No further extensions of time will be granted (juvenile certification).**
        ☐ Denied
        ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
        ☐ Other: _____

Judge's signature:  /s/ <u>Evelyn V. Keyes</u>
                    ☒ Acting individually

Date:  <u>March 2, 2016</u>